**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

Date: 2/26/25

FILED
U.S. District Court
District of Kansas

2/26/2025

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

United States of America,

    Plaintiff,

v.

Josue Lopez-Serrano,

    Defendant.

Case No. 25-6032-01-GEB

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☒ Badillo ☐ Martinez
    ☐ Ping ☐ Rivera ☐ Vilaythong
    ☒ Sworn

AUSA: Jason Hart
DEFENSE COUNSEL: M. Biebighauser fo Ellen Bertels
TAPE NO.: 1:42 - 1:50

## PROCEEDINGS

☐ Initial Appearance      ☐ Detention Hearing      ☐ Bond Rev. Hrg
☒ Initial Rule 5(c)(3)      ☐ Preliminary Hearing      ☐ Pretrial Conference
☐ Sentencing      ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived    ☐ Read to Defendant    ☐ Not Guilty Plea Entered

SD/IL
☐ Complaint   ☒ Indictment   ☐ Information   ☐ Pet. Revoke Supervision   ☒ No. Counts: 1   ☐ Forfeiture
☒ Felony    ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn      ☒ Examined re: financial status      ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☒ Defendant given Consular Notification
☒ Advised of rights under Rule    ☐ 20    ☒ 5(c)(3)    ☒ Transfer to: District of SD/IL
☐ Signed Wvr Ind    ☐ Signed Consent to MJ    ☐ Petition to Plea filed    ☐ Plea Agmt filed    ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☒ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☒ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered      ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☐ Detention ordered      ☒ Remanded to custody

Defendant's next appearance: ☒ as directed before Judge in SD/IL
    ☐ per the Scheduling Order of Judge _____
    ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
    for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: