# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: **6:25−mj−06032−GEB**−1

Case title: USA v. Lopez−Serrano                    Date Filed: 02/26/2025

Other court case number:  3:25−cr−30032−NJR−1 Southern
                          District of Illinois (East St. Louis)

---

Assigned to: Magistrate Judge
Gwynne E. Birzer

**Defendant (1)**

**Josue Lopez−Serrano**          represented by   **Ellen Christine Bertels**
                                                  Federal Public Defenders, District of Kansas
                                                  301 N. Main Street, Suite 850
                                                  Wichita, KS 67202
                                                  316−269−6445
                                                  Alternative Phone:
                                                  Cell Phone:
                                                  Email: ellen_bertels@fd.org
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Public Defender or Community Defender Appointment*
                                                  *Bar Number: 28938*
                                                  *Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal of arrested defendant to the Southern District of Illinois | |

(East St. Louis)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jason W. Hart**<br>Office of United States Attorney –<br>Wichita<br>301 N. Main Street, Suite 1200<br>Wichita, KS 67202–4812<br>316–269–6684<br>Fax: 316–269–6484<br>Alternative Phone:<br>Cell Phone:<br>Email: jason.hart2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number: 20276*<br>*Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2025 | | ARREST (Rule 5(c)(3) Out) of Josue Lopez–Serrano. (ca) (Entered: 02/26/2025) |
| 02/26/2025 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Josue Lopez–Serrano held on 2/26/2025. Charges/Viols. and penalties explained to Defendant. Constitutional rights explained. Defendant affirmation/sworn. Examined re: financial status. AFPD, Ellen Bertels appointed to represent defendant. Due Process Protection Act and Consular Notification advisement given. Advised of Rights under Rule 5(c)(3). Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District. Remanded to custody and Transferred to Southern District of Illinois. (Tape #FTR/GEB @ 1:42–1:50) (Interpreter Ileana Badillo) (ca) (Entered: 02/26/2025) |
| 02/26/2025 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Josue Lopez–Serrano. (ca) (Entered: 02/26/2025) |
| 02/26/2025 | 3 | WAIVER of RULE 5 & 5.1 HEARINGS by Josue Lopez–Serrano. (ca) (Entered: 02/26/2025) |
| 02/26/2025 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Josue Lopez–Serrano. Signed by Magistrate Judge Gwynne E. Birzer on 2/26/2025. (ca) (Entered: 02/26/2025) |
| 02/26/2025 | 5 | RULE 5(c)(3) REMOVAL HEARING PAPERS SENT TO Southern District of Illinois (East St. Louis) as to Josue Lopez–Serrano. (ca) (Entered: 02/26/2025) |

**COURTROOM MINUTE SHEET - CRIMINAL HEARINGS**
**U.S. DISTRICT COURT - WICHITA, KANSAS**

FILED
U.S. District Court
District of Kansas

Date: 2/26/25

2/26/2025

United States of America,

    Plaintiff,

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

v.

Josue Lopez-Serrano ,

    Defendant.

Case No. 25-6032-01-GEB

JUDGE: ☒ Birzer ☐ Severson
DEPUTY CLERK: ☒ Anderson ☐ Vaughn
INTERPRETER: ☐ Vargas ☒ Badillo ☐ Martinez
                  ☐ Ping ☐ Rivera ☐ Vilaythong
                  ☒ Sworn

AUSA: Jason Hart
DEFENSE COUNSEL: M. Biebighauser fo Ellen Bertels
TAPE NO.: 1:42 - 1:50

## PROCEEDINGS

☐ Initial Appearance        ☐ Detention Hearing        ☐ Bond Rev. Hrg
☒ Initial Rule 5(c)(3)        ☐ Preliminary Hearing      ☐ Pretrial Conference
☐ Sentencing                   ☐ Change of Plea
☐ In-Court Hearing: _____
☐ Arraignment     ☐ Reading waived     ☐ Read to Defendant     ☐ Not Guilty Plea Entered

                 SD/IL
☐ Complaint    ☒ Indictment    ☐ Information    ☐ Pet. Revoke Supervision    ☒ No. Counts: 1    ☐ Forfeiture
☒ Felony           ☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn        ☒ Examined re: financial status        ☒ Counsel appointed
☒ Due Process Protections Act advisement given
☒ Defendant given Consular Notification
☒ Advised of rights under Rule    ☐ 20    ☒ 5(c)(3)    ☒ Transfer to: District of SD/IL
☐ Signed Wvr Ind    ☐ Signed Consent to MJ    ☐ Petition to Plea filed    ☐ Plea Agmt filed    ☐ PSI ordered

☐ Oral Motion by ☐ Government / ☐ Defendant for detention hearing; ☐ granted. ☐ denied.
☐ Oral Motion by ☐ Government / ☐ Defendant for continuance of detention hearing; ☐ granted. ☐ denied.
☐ Defendant remanded to USM custody. Detention ordered until detention hearing.
☐ Oral Motion by Government for pretrial detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☒ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named.
☒ Defendant waived the right to a detention hearing in the District of KS. Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

☐ Release ordered        ☐ Bond fixed at: $ _____        ☐ Continued on present bond/conditions
☐ Detention ordered       ☒ Remanded to custody

Defendant's next appearance: ☒ as directed before Judge in SD/IL
                              ☐ per the Scheduling Order of Judge _____
                              ☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
                                 for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES:

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

FEB 26 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-6032-GEB |
| Josue Lopez-Serrano | ) | Charging District's Case No. 3:25-cr-30032-NJR |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Illinois.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/26/25

*Defendant's signature*

s/ Ellen Bertels
*Signature of defendant's attorney*

Ellen Bertels, #28938
*Printed name of defendant's attorney*

4

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
## District of Kansas

FILED
U.S. District Court
District of Kansas
2/26/2025
Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-6032-01-GEB |
| JOSUE LOPEZ-SERRANO ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 25-30032 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Southern** District of **Illinois**,
*(if applicable)* **E. St. Louis** division. The defendant may need an interpreter for this language: **Spanish**.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 02/26/2025

*Gwynne E. Birzer*
*Judge's signature*

U. S. MAGISTRATE JUDGE
*Printed name and title*